1
2   UNITED STATES DISTRICT COURT
3   FOR THE NORTHERN DISTRICT OF CALIFORNIA
4   OAKLAND DIVISION
5

| | |
|---|---|
| KABITA CHOUDHURI, | Case No: C 11-00518 SBA |
| Plaintiff, | **ORDER DENYING MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| vs. | |
| WELLS FARGO BANK, N.A., CIT GROUP, INC.; FIRST AMERICAN LOAN STAR; DEUTSCHE BANK USA; TODD S. BELL AND MEG DEGROOTE, | Docket 32 |
| Defendants. | |

On February 23, 2011, the law firm of Severson & Werson ("Severson") filed a motion to dismiss on behalf of Defendants Wells Fargo Bank, N.A, Deutsche Bank USA, Todd S. Bell and Meg DeGroote. Dkt. 4. On May 20, 2011, Severson filed motion seeking to withdraw as counsel for Mr. Bell and Ms. DeGroote. Dkt. 32. Severson claims that it does not represent either of these defendants and that the appearance on their behalf was inadvertently made. The motion is not noticed for hearing, there is no declaration accompanying the motion to support the factual assertions made therein and there is no indication that Severson served Mr. Bell and Ms. DeGroote with a copy of the motion.

The Court's Civil Local Rules authorize an attorney to withdraw as counsel of record so long as he or she (1) provides written notice to the client and all other parties in the action and (2) obtains leave of court. Civ. L.R. 11-5(a); see <u>Darby v. City of Torrance</u>, 810 F. Supp. 275, 276 (C.D. Cal. 1992). Permission to withdraw is discretionary. See <u>Washington v. Sherwin Real Estate</u>, 694 F.2d 1081, 1087 (7th Cir. 1982). Here, there is no indication in the record that Severson provided notice of the instant motion to Mr. Bell and Ms. DeGroote. To the contrary, the Certificate of Service accompanying the motion indicates the they were <u>not</u> served with the motion. Dkt. 33. In addition, Severson has

1 failed to file a declaration in support of its motion, as required by Civil Local Rule 7-5.
2 Accordingly,
3     IT IS HEREBY ORDERED THAT Severson's motion to withdraw as counsel of
4 record for Mr. Bell and Ms. DeGroote is DENIED without prejudice.  This Order
5 terminates Docket 32.
6     IT IS SO ORDERED.
7 Dated:  May 24, 2011

     _____
     SAUNDRA BROWN ARMSTRONG
     United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CHOUDHURI et al,

        Plaintiff,

  v.

WELLS FARGO BANK N.A. et al,

        Defendant.
_____/

Case Number: CV11-00518 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 25, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kabita Choudhuri
331 Richardson Way
Mill Valley, CA 94941

Dated: May 25, 2011

                              Richard W. Wieking, Clerk

                              By: LISA R CLARK, Deputy Clerk