UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

KABITA CHOUDHURI,

         Plaintiff,

    vs.

WELLS FARGO BANK, N.A.; CIT GROUP, INC.; FIRST AMERICAN LOAN STAR; DEUTSCHE BANK USA; TODD BELL AND MEG DEGROOTE,

         Defendants.

Case No:  C 11-00518 SBA

**ORDER DENYING PLAINTIFF'S OBJECTION TO CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

Dkt. 65

Plaintiff Kabita Choudhuri, acting pro se, has filed an objection to the Clerk's Notice continuing the Case Management Conference from July 21, 2011, to October 25, 2011. The conference was continued to coincide with motions scheduled for hearing on that date. Dkt. 55.  Plaintiff claims that the Clerk's Notice does not comply with Federal Rule of Civil Procedure 16(b)(4), which requires a showing of "good cause" and the consent of the Court to modify a pretrial scheduling order.  However, the continuance of the Case Management Conference is not a modification of the pretrial schedule—which has not yet been entered. In any event, the Court has wide discretion in scheduling matters.  See Armster v. U.S. Dist. Court for Cent. Dist. of California, 806 F.2d 1347, 1350 (9th Cir. 1986).  Plaintiff is cautioned against filing frivolous matters with the Court.  Accordingly,

IT IS HEREBY ORDERED THAT Plaintiff's objection to the Order continuing the Case Management Conference is OVERRULED.

IT IS SO ORDERED.

Dated:  July 22, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA


CHOUDHURI et al,

        Plaintiff,

  v.

WELLS FARGO BANK N.A. et al,

        Defendant.
_____/

                   Case Number: CV11-00518 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 25, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Kabita  Choudhuri
331 Richardson Way
Mill Valley,  CA 94941


Dated: July 25, 2011

                Richard W. Wieking, Clerk

                    By: LISA R CLARK, Deputy Clerk